**Louis and Carolyn SHELBURNE, Appellants,**

v.

**John CLEVELAND, Respondent.**

**No. WD 47924.**

Missouri Court of Appeals, Western District.

June 14, 1994.

Rehearing Denied Aug. 2, 1994.

Keith G. Liberman, St. Louis, for appellants.

Jeffrey O. Parshall, Columbia, for respondent.

---

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

### *ORDER*

PER CURIAM:

Louis and Carolyn Shelburne appeal from an order dismissing their petition on grounds of *res judicata* and lack of jurisdiction.

Judgment is affirmed. Rule 84.16(b).